U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

SEP 20 2024

FILED

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. CR124-054 |
| | ) | |
| v. | ) | 18 U.S.C. § 242 |
| | ) | Deprivation of Civil Rights Under |
| MELISSA L. MORELLO | ) | Color of Law |
| | ) | |
| | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

At all times relevant to this information:

1. The Charles B. Webster Detention Center (hereinafter "the jail") is a jail located in Augusta, Georgia, operated by the Richmond County Sheriff's Office (hereinafter "RCSO").

2. The defendant **MELISSA L. MORELLO** was a sworn correctional official, employed as a Jailer with RCSO and assigned to the jail.

3. Victim-1 was an inmate housed at the jail.

### COUNT ONE
*Deprivation of Civil Rights Under Color of Law*
**18 U.S.C. § 242**

On or about May 7, 2022, in the Southern District of Georgia, the defendant,

**MELISSA L. MORELLO,**

while acting under color of law, did willfully deprive Victim-1, of the right, secured and protected by the Constitution and the laws of the United States, for a pretrial

detainee to be free from the use of unreasonable force by a correctional official. Specifically, the defendant failed to intervene and attempt to intervene, despite having the opportunity and ability to do so, when another officer known to the United States Attorney punched Victim-1 several times, and put Victim-1 in a chokehold, without legal justification, resulting in bodily injury to Victim-1.

All in violation of Title 18, United States Code, Section 242.

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

_____
George J.C. Jacobs, III
Assistant United States Attorney
*Lead Counsel